IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2022 FEB 14 P 2: 55

CLERK
SO. DIST. OF GA.

| | | |
|---|---|---|
| STEPHON W. SUGGS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 321-068 |
| | ) | |
| WARDEN ANTHONY CALDWELL; | ) | |
| CERT SGT. GREEN; CERT OFFICER | ) | |
| FNU POOL; CERT OFFICER SCOTT; | ) | |
| CERT OFFICER WILLIAMS; and JOHN | ) | |
| DOE, Maintenance, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this 14th day of February, 2022, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE